Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL III

| | | |
|---|---|---|
| MMG I PR CDGY, LLC<br><br>Recurrido<br><br><br>v.<br><br><br>KING´S SPORT WEAR &<br>PRO SHOP, INC. Y OTROS<br><br>Peticionarios | KLCE202400134 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Caso núm.: CG2020CV01358<br><br>Sobre: Cancelación Pagaré Hipotecario Extraviado |

Panel integrado por su presidente, el juez Figueroa Cabán, el juez Bonilla Ortiz y la jueza Mateu Meléndez

**Figueroa Cabán, Juez Ponente**

**SENTENCIA**

En San Juan, Puerto Rico, a 22 de febrero de 2024.

Atendida la *Moción Conjunta de Desistimiento con Perjuicio*, presentada por los señores Edwin Rodríguez Rodríguez, Olga Cancel Rivera y la comunidad de bienes compuesta por ambos y MMG PRCI I, LLC el 15 de febrero de 2024, **Ha lugar.** En consecuencia, se dicta sentencia de desistimiento con perjuicio.

Se ordena el cierre y archivo definitivo del procedimiento de epígrafe. Regla 83(A) del Reglamento del Tribunal de Apelaciones. 4 LPRA Ap. XXII-B, R. 83(A).

Notifíquese.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2024_____